In the Matter of the Accounting of FIRST TRUST & DEPOSIT COMPANY, as Successor Trustee under a Trust Created by WILLIAM H. NIVEN. MARGARET K. HANDY, Individually and as Administratrix of the Estate of WILLIAM N. HANDY, Deceased, Appellant and Respondent; TRUMAN P. HANDY, JR., Respondent and Appellant; WILLIAM N. ROSCOE et al., Respondents.

Argued February 23, 1949; decided April 7, 1949.

*John F. Gates* for Margaret K. Handy, individually and as administratrix, appellant.

*Alphonse J. Garafola* for Truman P. Handy, Jr., appellant.

*Caleb C. Brown, Jr.,* for William N. Roscoe and others, respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ. Taking no part: LEWIS, J.